JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR08-5532 |
| --- | --- | --- |
| Plaintiff, | ) | CR08-5246 |
| | ) | CR08-5247 |
| vs. | ) | Violation No.: 125511, 1319701 |
| MATTHEW WHITE, | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion to Withdraw and for Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 11th day of August, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1